[No. 25009–4–I.   Division One.   December 31, 1990.]

ARNOLD HANSEN, ET AL, *Appellants,* v. SNOHOMISH COUNTY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 87–2–01838–3, Richard J. Thorpe, J., entered October 5, 1989. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Coleman, C.J., and Winsor, J.

[No. 26482–6–I.   Division One.   December 31, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. EUGENE GERARD GIEREK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–04974–2, Jim Bates, J., entered May 27, 1987. *Affirmed* by unpublished opinion per Webster, J., concurred in by Coleman, C.J., and Baker, J.

[No. 12916–7–II.   Division Two.   January 3, 1991.]

*In the Matter of the Marriage of* COLLEEN POWELL, *Respondent, and* DANIEL D. POWELL, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 87–3–04531–4, Rosanne Buckner, J., entered May 8, 1989. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Reed, J. Pro Tem., concurred in by Worswick, C.J., and Alexander, J.